# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ROGER PAUL LANKFORD,  
    Plaintiff,

        Case No.1:14-cv-682  
        Litkovitz, M.J.

    vs.

RELADYNE, LLC, *et al.*,  
    Defendants.

        **ORDER**

This civil action is before the Court on Defendants' motion to bifurcate (Doc. 54) and Plaintiff's responsive memorandum (Doc. 60). Defendants move the Court to bifurcate trial into compensatory and punitive damages phases, pursuant to Ohio Revised Code § 2315.21(B)(1) and Federal Rule of Civil Procedure 42(b). Plaintiff has no objection to Defendants' request. (*See* Doc. 60).

As it is unopposed, and for good cause shown, Defendants' motion to bifurcate (Doc. 54) is **GRANTED**. The trial commencing on April 11, 2016, shall be bifurcated into compensatory and punitive damages phases.

    **IT IS SO ORDERED**.

Date: 4/6/16

                    Karen L. Litkovitz  
                    United States Magistrate Judge