UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROGER PAUL LANKFORD,
Plaintiff,

Case No.1:14-cv-682
Litkovitz, M.J.

vs.

RELADYNE, LLC,
Defendant.

**INTERROGATORIES AND VERDICT FORM**

## The jury must unanimously agree on the answers to each question.

## Liability

### Claim 1: Family Medical Leave Act ("FMLA") Interference

1. Do you find that plaintiff Roger Paul Lankford has proved by a preponderance of the evidence his FMLA interference claim?

YES____X____ NO_____

### Claim 2: FMLA Retaliation

2. Do you find that plaintiff Roger Paul Lankford has proved by a preponderance of the evidence his FMLA retaliation claim?

YES____X____ NO_____

### Claim 3: Disability Discrimination

3. Do you find that plaintiff Roger Paul Lankford has proved by a preponderance of the evidence his disability discrimination claim?

YES_____ NO____X____

### Claim 4: Disability Retaliation

4. Do you find that plaintiff Roger Paul Lankford has proved by a preponderance of the evidence his disability retaliation claim?

YES_____ NO____X____

(If you answered "YES" to any of the above questions, proceed to the questions on damages. If you answered "NO" to all of the questions above, enter a verdict in favor of defendant and sign your names on the verdict form.)

1

## Damages

### If you answered "YES" to any question in the liability section:

5. What amount of backpay, as defined in the instructions, if any, has Mr. Lankford proven by a preponderance of the evidence that he is entitled to?

    $ _142,717.71_

6. What amount of front pay as defined in the instructions, if any, has Mr. Lankford proven by a preponderance of the evidence that he is entitled to?

    $ _0_

### If you answered "YES" to Question 3 and/or Question 4:

7. What amount of compensatory damages, as set forth in the instructions, if any, has Mr. Lankford proven by a preponderance of the evidence he is entitled to?

    $ _0_

Each juror signs his/her name below this _15_ day of April, 2016.

1. s/ Juror #1
   Foreperson
2. s/ Juror #2
3. s/ Juror #3
4. s/ Juror #4
5. s/ Juror #5
6. s/ Juror #6
7. s/ Juror #7
8. s/ Juror #8